# SCHWARTZ PERRY HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

March 25, 2022

**Via Email**

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, NY 11201

      Re:    **Lieberman v. C.A. Goldberg, PLLC**, et al.
             1:21-cv-05053-ENV-RER

Dear Judge Reyes:

    I represent the Plaintiff in the above-referenced action. I write jointly with defense counsel to provide a status report in accordance with the minute entry of March 14, 2022. The parties have completed a round of settlement discussions. After doing so, the parties do not desire a settlement conference or mediation at this time.

    We thank the Court for its consideration of this matter.

                                         Respectfully,

                                         BRIAN HELLER

cc:    Hilary Orzick, Esq. – via ECF