# SCHWARTZ PERRY HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

June 21, 2022

**Via ECF**

Judge Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: **Lieberman v. C.A. Goldberg, PLLC**, et al.
           1:21-cv-05053-ENV-RER

Dear Judge Vitaliano:

    I represent the Plaintiff in the above-referenced action. I write jointly with counsel for Defendants in accordance with the Order of June 8, 2022 directing the parties to propose a joint briefing schedule for (1) Plaintiff's Rule 12(b)(6) motion to dismiss Defendant C.A. Goldberg PLLC's counterclaim for Faithless Servant and (2) Defendants' motion for summary judgment on Plaintiff's claim for pregnancy discrimination and Defendant C.A. Goldberg's counterclaim for Faithless Servant. The parties propose that each motion be filed separately on the following schedule:

| | |
|---|---|
| July 8, 2022 | Initial motion papers to be filed |
| August 17, 2022 | Opposition papers to be filed |
| September 12, 2022 | Replies to be filed |

    The parties thank the Court for its consideration of this matter.

                                  Respectfully,

                                  BRIAN HELLER

cc:    All counsel – via ECF