

September 9, 2022

*VIA ECF*
U.S. District Judge Eric N. Vitaliano
United States Courthouse
Eastern District of New York
225 Cadman Plaza East, Rm N208
Brooklyn, NY 11201

      RE:   *Lieberman v. C.A. Goldberg, PLLC and Carrie A. Goldberg*
             Case No. 21-CV-5053 (ENV) (RER)

Dear Judge Vitaliano,

    We represent Defendants in this action and write with Plaintiff's consent to request a four (4) day extension of time to file Defendants' Motion for Summary Judgment, from September 12 to September 16, 2022. This is Defendants' first request for an extension. Defendants request this extension because unfortunately, I had a death in the family and will need to travel for the wake and funeral through Wednesday, September 14. The Parties' request for an extension does not impact any other deadlines.

    We thank Your Honor for the Court's time and attention to this matter.

                                                         Sincerely,

                                                          Hilary J. Orzick