**EXHIBIT 62**

# Lindsay B. Lieberman



## EXPERIENCE

**Self-Employed**, Newport, RI
*Consultant* March 2021 – Present
Consult with organizations, companies, and firms on sexual misconduct and sexual harassment. Draft and revise policies and implement procedures to prevent and respond to sexual assault and sexual harassment. Conduct trainings for staff and leadership and create and provide resources to members and employees.

**C.A. Goldberg, PLLC**, Brooklyn, NY
*Senior Associate* August 2016 – March 2021
Represented victims of sexual assault, online harassment, and privacy invasions in state and federal court proceedings. Represented students in Title IX grievance proceedings at college campuses. Researched complex legal issues, drafted complaints, motions, briefs, and engaged in discovery. Prepared clients for hearings and trial. Negotiated settlements, copyright transfers, and other legal agreements. Assisted crime victims in navigating the criminal justice system. Interviewed potential clients and evaluated the strengths of their cases. Supervised junior attorneys and interns.

**Salve Regina University**, Newport, RI
*Adjunct Professor* Fall 2019
Taught seminar course titled, *Sex, Crime, and the Internet* to college students. Encouraged students to analyze cybercrime statutes and identify need for additional laws to fill the gaps in the system. Explored the complexities between sexual privacy and First Amendment rights to freedom of speech. Facilitated in-class mock trials, taught students how to apply laws to facts in case studies.

**Kings County District Attorney's Office**, Brooklyn, NY
*Assistant District Attorney, Trial Bureau Grey, Special Victims Bureau* January 2012 – July 2016
Tried felony cases through verdict. Investigated complex sexual assault cases pre-arrest through trial. Interviewed witnesses, suspects, and defendants during criminal investigations. Presented cases to the Grand Jury for indictment. Negotiated plea agreements and case dispositions. Prepared police and civilian witnesses for Grand Jury presentations, hearings, and trial. Supervised less experienced assistants in court and in the Grand Jury.

## EDUCATION

**Brooklyn Law School**, Brooklyn, NY
*Juris Doctor, cum laude* June 2011
Class Rank: Top 21% (3.53)
Honors: *Journal of Law and Policy*, Executive Notes & Comments Editor 2010 - 2011
Awards: Dean's List 2010-2011; CALI Excellence for the Future Award in Trial Advocacy; Richardson Scholarship; Centennial Grant; Academic Achievement Scholarship; Dean's Merit Scholarship; Gold Public Service Award; Student Bar Association Award Student
Publications: *Protecting Pageant Princesses: A Call for Statutory Regulation of Child Beauty Pageants*, 18 J.L. & POL'Y 739

**Rutgers College, Rutgers University**, New Brunswick, NJ
*Bachelor of Arts in Political Science, with Honors* May 2007
Honors: Dean's List (Four Semesters); Rho Lambda (Greek Honor Society)
Awards: Sigma Delta Tau Regene Freund Cohane Grant