**EXHIBIT 45**

**Subject:** Following up
**Date:** Friday, March 5, 2021 at 3:28:13 PM Eastern Standard Time
**From:** Carrie Goldberg
**To:** Lindsay Lieberman
**CC:** susan@crumiller.com
**Attachments:** image001.png

Hi Lindsay,

As discussed on the phone, I had wanted to reach a mutual decision on a transition plan.

I had expected you to agree that things have been a struggle for quite some time with regard to your relations with the clients and also with me. Our interactions for the past five or six months have been quite hostile and negative, which has caused great stress and anxiety for me and I have found it to be unpleasant and unsustainable. I was surprised you were surprised by this information given how hostile you have been during our last couple interactions, most alarming for me being the call I'd made about a client coverage issue when I asked how better to reach you during a time-sensitive matter.

You indicated quite forcefully on the call today that you were not interested in considering a transition plan.

And based on how argumentative and domineering you were toward me on the call, I'm uncertain whether it would be in anybody's best to develop a transition plan.

As a result, I'd like to simply propose that you work the next week to tie up loose ends and transition the cases and we change attorney-of-record in courts. For the one Rhode Island case, you can decide if you want to continue co-counseling as off-counsel to the firm or would prefer I find alternative local counsel.

I'll offer you a severance agreement which Susan will send Monday or sooner to pay you whatever remains on the discretionary 2019 bonus and for the time worked.

Please take the rest of the day off.

I appreciate the nearly five years you've given this firm,

Sincerely,
Carrie


Carrie Goldberg, Owner
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor, Brooklyn, NY 11241
646.666.8908
carrie@cagoldberglaw.com
www.cagoldberglaw.com

LIEBERMAN 058