**EXHIBIT 46**

From: **Carrie Goldberg** <carrie@cagoldberglaw.com>
Date: Mon, Mar 8, 2021 at 3:24 PM
Subject: Re: I fired an attorney and staff are pissed, I need your guys' feedback that it was the right decision!!!
To: Jennifer Gore-Cuthbert <jennifer@atlinjurylawgroup.com>, Jessica Stern <jessica@sternlawfirm.us>, Meghan Freed <meghan@freedmarcroft.com>, Kristen Marcroft <kristen@freedmarcroft.com>
Cc: Susan Crumiller <susan@crumiller.com>

I really appreciate all your help. So far I've had one-on-ones with some of my STARs.

And everybody is saying they are shocked but not surprised. They say she was vocal with them about being unhappy. So nobody is buying her allegation that this was totally out of the blue. My biggest worry is that they would think I was acting on whim and that I was getting rid of a high performing fixture and that they could be next on the chopping block. And/or that they would feel betrayed that I was being merciless and cruel to somebody who'd sacrificed so much for the firm. But this is not the message I'm getting.

I'm actually hiring somebody to start a two month process to do group work with the staff so they can define our firm's culture. We're even creating a Culture Club (any Boy George fans here?). The work is by somebody named Laura Gale who also did some coaching with me about diversity, inclusion and equity.

LMK if you want an intro to Laura.

https://www.instagram.com/nightingale.consulting/?hl=en

When the dust settles, I know I'll be relieved and will finally feel that I have a staff of STARS and PUPS. And that I'm about to embark on a chapter of extreme growth at the firm. I've felt very stunted for a long time b/c of the rats and terrorists. Now they're all pretty much gone.

Carrie Goldberg, Owner

C.A. Goldberg, PLLC

16 Court Street, 33rd Floor, Brooklyn, NY 11241

646.666.8908

carrie@cagoldberglaw.com

www.cagoldberglaw.com



**From victim to warrior**

CAG00274-R

Twitter

Instagram

Facebook

Mailing List


*This email is sent from a law firm and may contain privileged and confidential information. If you received it in error, please destroy it and inform me. Further disclosure, copying, or distribution is prohibited.*

---

**From:** Jennifer Gore-Cuthbert <jennifer@atlinjurylawgroup.com>
**Date:** Monday, March 8, 2021 at 3:10 PM
**To:** Jessica Stern <jessica@sternlawfirm.us>, Carrie Goldberg <carrie@cagoldberglaw.com>, Meghan Freed <meghan@freedmarcroft.com>, Kristen Marcroft <kristen@freedmarcroft.com>
**Cc:** Susan Crumiller <susan@crumiller.com>
**Subject:** RE: I fired an attorney and staff are pissed, I need your guys' feedback that it was the right decision!!!


Also, my CFO gave me this insight:


There are 4 types of people in an organization:


Puppies: Culture Fit/Not Skilled Yet

Stars: Culture Fit/Skilled

Rats: Not a Culture Fit/Not Skilled Yet

Terrorists: Not a Culture Fit/Skilled


People who are aligned with your core values and the highest performers are called STARS. They are your superstars, your rock stars. They are the Right Person in the Right Seat (RPRS). We love them and we want more of them, of course. But they are often hard to find, they are happy where they are, and they are expensive.

So, when you can't hire a STAR, you hire PUPPIES. What do you do with puppies? You train them! These are employees who share your core values but (hopefully only temporarily) need more training. However, you must be willing to invest in them for 12 to 18 months while they gain the capacity. If not, don't hire a PUPPY.

Then we have our RATS. (STAR spelled backwards.) These are the people who don't share your core values and are also poor performers. They are the Wrong Person in the Wrong Seat (WPWS). Most business owners are pretty good about getting rid of these misfits. RATS don't want to be held accountable. When you shine the light on their performance and try to hold them accountable, they run for the shadows.

And that brings us to our TERRORISTS. These people have the God-given skillset to do the job - they hit their numbers and they're great at the job - but they just don't share your core values. They're the Wrong Person in the Right Seat (WPRS). Like RATS, they are misfits in your culture.

Think about this for a second. If a STAR has to deal with a TERRORIST all day, what are they likely to do? Leave! You will end up losing your best people because you don't have the courage to let go of a cultural misfit.Is it

worth it? When you finally summon the courage to fire a TERRORIST, what do you think everyone else is thinking? "What took you so long?" It can become a credibility issue if you hang on to these folks for too long.

Sincerely,

**Jennifer Gore-Cuthbert**

Founder & Attorney

 

*We Help People & Their Families Navigate*

*The Insurance Process After They've Been Seriously Injured*

p: 678-399-6161  f: 678-399-6166

www.atlinjurylawgroup.com

**\*PLEASE NOTE OUR NEW ADDRESS**

295 W. Crossville Rd Suite # 200 Roswell, GA 30075

 **PRIVILEGED AND CONFIDENTIAL** - This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information, such as attorney-client communication. If you are not the original and intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.

Please click the video below to watch my own Accident story:



---

**From:** Jennifer Gore-Cuthbert
**Sent:** Monday, March 8, 2021 3:06 PM
**To:** 'Jessica Stern' <jessica@sternlawfirm.us>; Carrie Goldberg <carrie@cagoldberglaw.com>; Meghan Freed <meghan@freedmarcroft.com>; Kristen Marcroft <kristen@freedmarcroft.com>

CAG00276-R

**Cc:** Susan Crumiller <susan@crumiller.com>
**Subject:** RE: I fired an attorney and staff are pissed, I need your guys' feedback that it was the right decision!!!

Hey guys-

In 2018 we established our culture.. or the beginning of it.

All businesses have a culture even if they aren't aware of it. These are the things that go beyond legal skill.

For example, we are paperless. People that use paper drive me crazy. I find them wildly inefficient. It's the thing about the people that drives you crazy that is usually not a culture fit.

My other pet peeve is when people make mistakes that that blame someone else rather than just say, it was me.

Here's ours.

https://atlinjurylawgroup.com/the-firm/#principles

We disc profile test each employee, we do our quarterly reviews about these prinicples, we do a monthly staff meeting and incorporate or go deep on 1 of them.

Everyone in your firm should know them. We have them framed in each person's office for example.

Now usually when we hire and someone is not one of our tribe or becomes not one of our tribe, the firm self selects them out.

Sincerely,

**Jennifer Gore-Cuthbert**

Founder & Attorney




*We Help People & Their Families Navigate*

*The Insurance Process After They've Been Seriously Injured*

p: 678-399-6161  f: 678-399-6166

www.atlinjurylawgroup.com

***PLEASE NOTE OUR NEW ADDRESS**

CAG00277-R

# CONFIDENTIAL

295 W. Crossville Rd Suite # 200 Roswell, GA 30075

**PRIVILEGED AND CONFIDENTIAL** - This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information, such as attorney-client communication. If you are not the original and intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.

Please click the video below to watch my own Accident story:



**From:** Jessica Stern <jessica@sternlawfirm.us>
**Sent:** Monday, March 8, 2021 9:47 AM
**To:** Jennifer Gore-Cuthbert <jennifer@atlinjurylawgroup.com>; Carrie Goldberg <carrie@cagoldberglaw.com>; Meghan Freed <meghan@freedmarcroft.com>; Kristen Marcroft <kristen@freedmarcroft.com>
**Cc:** Susan Crumiller <susan@crumiller.com>
**Subject:** Re: I fired an attorney and staff are pissed, I need your guys' feedback that it was the right decision!!!

Jenn and others – what have you added in to your hiring process that allows you to better "hire for culture?"

Thanks,



**Jessica Stern**

CrImmigration Defense Attorney

**\*\*We've moved! Please note our new address below\*\***

CAG00278-R



We Defend the American Dream®

1100 Spring Street NW, Suite 400

Atlanta, GA 30309

404.990.4112

404.990.4936 F

www.sternlawfirm.us



Leave us a review

CONFIDENTIALITY NOTICE: The information contained in this message, and in any accompanying documents, is intended only for the use of the individual or entity named above. This transmission may contain information that is privileged, confidential, and/or otherwise exempt from disclosure under applicable law. If you are not the intended recipient of the individual(s) or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure should be sent to the sender immediately by telephone or email to arrange for its destruction or return. Receipt of this communication by anyone other than the intended recipient is not a waiver of confidentiality or privilege for any information contained herein.

---

**From:** Jennifer Gore-Cuthbert <jennifer@atlinjurylawgroup.com>
**Date:** Monday, March 8, 2021 at 8:37 AM
**To:** Carrie Goldberg <carrie@cagoldberglaw.com>, Meghan Freed <meghan@freedmarcroft.com>, Kristen Marcroft <kristen@freedmarcroft.com>, Jessica Stern <jessica@sternlawfirm.us>
**Cc:** Susan Crumiller <susan@crumiller.com>
**Subject:** Re: I fired an attorney and staff are pissed, I need your guys' feedback that it was the right decision!!!


Hey Carrie!


Sorry to hear about that. Losing a long term person can be so tough.


Is your firm Admin the one doing the firing? At this point I try to stay minimally involved with the firing.


Properly documenting the write up's is not my forte' but my Firm Admin and our HR Assistant have been much better at that.

CAG00279-R

No failures only lessons. Go through and write down all the lessons you have learned from her hiring, employment and firing.

Reframe the situation with the team.

Guys, I believe in keeping employment issues confidential., so while I know it's a shock on x's departure, I want to let you know that I am committed to hiring and retaining members of the team who are a fit for our culture and our clients. We are grateful for people who are with us a for a season, but not everyone's here for the long ride.

We started hiring exclusively for culture a few years ago and now it's very obvious when someone is not a fit for our team.

---

**From:** Carrie Goldberg <carrie@cagoldberglaw.com>
**Date:** Sunday, March 7, 2021 at 11:06 AM
**To:** Jennifer Gore-Cuthbert <jennifer@atlinjurylawgroup.com>, Meghan Freed <meghan@freedmarcroft.com>, Kristen Marcroft <kristen@freedmarcroft.com>, Jessica Stern <jessica@sternlawfirm.us>
**Cc:** Susan Crumiller <susan@crumiller.com>
**Subject:** I fired an attorney and staff are pissed, I need your guys' feedback that it was the right decision!!!

Hi everybody,

On Friday I fired an attorney who worked for me for 5 of the firm's seven years. Her cases had been imploding, had to give refunds and transfer cases, she had been really hostile and domineering toward me, she can't really do litigations on her own. She's been acting like a creditor about a discretionary bonus. Etc.

So on Fri I had a meeting with her where I broached the topic of transitioning her out. She freaked out and was totally defensive and domineering.

I know she's reached out to the other attorneys and they are stunned and upset too.

I obviously have not been keeping them informed about her performance and attitude problems and so they feel it's out of left field and she also is confirming she had no idea it was coming.

I'm so scared about the morale issues.

I need your all help – my firm will get through this. So will the attorneys. I'll ultimately fight for and keep their trust.Right???

I miss you all and want to know how you are.

Carrie Goldberg, Owner

C.A. Goldberg, PLLC

16 Court Street, 33rd Floor, Brooklyn, NY 11241

646.666.8908

carrie@cagoldberglaw.com

www.cagoldberglaw.com



**From victim to warrior**

Twitter

Instagram

Facebook

Mailing List

*This email is sent from a law firm and may contain privileged and confidential information. If you received it in error, please destroy it and inform me. Further disclosure, copying, or distribution is prohibited.*

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

CAG00281-R