**EXHIBIT 49**

 Gmail

**Lindsay Lieberman <lindsaylieberman@gmail.com>**

# incoming outreach
3 messages

---

**Meredith Mitnick** <meredith@mrmcareercoaching.com>          Tue, Dec 1, 2020 at 10:41 PM
To: Lindsay Lieberman <Lindsaylieberman@gmail.com>

Hi Lindsay,
You may be hearing from Christina Roman from Rutgers/SDT. We're having some challenges with chapters and your area of expertise seemed relevant so I said I saw recently you work for a fancy NY firm and seem to work within sexual/cyber crimes. They in no way know we're working together or have any context that we're even still in touch, but I wanted to give you a heads up that you may be hearing from her.

I framed it saying we may not be able to afford you as you clearly work at a big fancy NYC law firm, but at least there may be a conversation to take place.

Let me know if you have any questions.  :)

**Meredith Mitnick, PHR, MBA**
Founder & Lead Career Strategist
(213) 340-4834 | Meredith@MRMCareerCoaching.com

 LinkedIn |  Instagram |  Facebook

---

**Lindsay Lieberman** <lindsaylieberman@gmail.com>          Wed, Dec 2, 2020 at 8:44 PM
To: Meredith Mitnick <meredith@mrmcareercoaching.com>

Hi! Sounds great and thank you. I responded to her that I'd be happy to help.

I have this crazy feeling of dread to open up the emailed response from Tanja of Newport Neighbors. It's just sitting in my inbox and I'm so afraid it will be a rejection...

CG wrote back to my email and said money should be in next week or so and "you should also be receiving our agreed upon $1,000 a month."  I did not agree on that... So after I get the $15K we'll strategize how to deal with that, I guess

I just signed up for Emily's 1 on 1 coaching. The paralysis I feel in sending the email to C coupled with the paralysis I feel in opening the email from Tanja leads me to believe I really need some life coaching to compliment our career coaching :D

Looking forward to chatting next week!

[Quoted text hidden]

---

**Meredith Mitnick** <meredith@mrmcareercoaching.com>          Thu, Dec 3, 2020 at 12:43 PM
To: Lindsay Lieberman <lindsaylieberman@gmail.com>

I am so proud of you for signing up with Emily!!!

You got this with Tanja. If it's a no, we'll work on finding yesses. Let me know what she said.

And for C - we'll definitely discuss the $1K situation, especially since it hasn't been in every paycheck :)

Have a great week & lmk if you need anything in the meantime.

**Meredith Mitnick, PHR, MBA**
Founder & Lead Career Strategist
(213) 340-4834 | Meredith@MRMCareerCoaching.com

 LinkedIn |  Instagram |  Facebook

CONFIDENTIAL     LIEBERMAN 680

[Quoted text hidden]