

**Bob Loblaw's Law Blog**

> open
> — CZ

**Adam Massey**
> Why did she send a power point
> I love it when she calls us the staff

**Lindsay Lieberman**
> No the worst is "MY staff"
> The ownership thing is so belittling

>> My staff infection

**Lindsay Lieberman**
> Is she serious about the maternity leave shaming
> She has brought that up so many times to me
> "We tragically lost a client and we had to deal with 2

CONFIDENTIAL  CAG00592



**LL:** paternity leaves"

**Me:** I like that it was adjacent to clients unexpected death

**Me:** Same does

**Me:** Same same

**Lindsay Lieberman**
**LL:** Yes!! Wtf!!!

**Carriez Zoubulž**
**CZ:** You can call me anytime Adam

**Me:** 👎

**Me:** Not me.

**Lindsay Lieberman**
**LL:** Should I call Carrie out for neglecting to include my RI bar admission?

**Me:** Sort of a good thing that Elizabeth doesn't have to do

CONFIDENTIAL  CAG00593



> this right?

Lindsay Lieberman

> Yes lol

Carriez Zoubulž

> Lol!

Lindsay Lieberman

> This is weird....

> Boom! Another reference

>> Wait how long were we down 2 attorneys for?

Lindsay Lieberman

> To our leaves

Adam Massey

> I was typing that

AnnieGold

> Drinking game

Lindsay Lieberman



**Bob Loblaw's Law Blog**

**Lindsay Lieberman**
Building my discrimination case

**Adam Massey**
Shhhh
Lll
Lol

**AnnieGold**
Lol

**Adam Massey**
Idk is it discriminatory when she does it to both of us?
Lol

**Lindsay Lieberman**
So she kept deb on because we were out?

Yes it's discrimination to people who have babies

CONFIDENTIAL CAG00595



**Bob Loblaw's Law Blog** ›

**LL:** She's blaming us for keeping a bad employee on the payroll

Adam Massey
**AM:** Oh you actually look kinda angry

**Me:** I mean to be fair, you're the only 2 parents who went on leave. Annie zoubs and I didn't. Lazy.

Adam Massey
**AM:** Hahahahaha

AnnieGold
**A:** I'm dying

Lindsay Lieberman
**LL:** I'm furious

**LL:** It's a message

**LL:** And a way of shaming us into expecting more

iMessage

CONFIDENTIAL
CAG00596



**Bob Loblaw's Law Blog** >

Adam Massey

Sorry dude

I think she just really was dreading it happening for a long time and then it happened

Even tho yeah it was a 2019 issue

Lindsay Lieberman

You were out for a month right?

Adam Massey

Two

Or like 6 weeks

> But you guys only overlapped for a month no? Or was it more?

Adam Massey

I to know it was like 6 weeks


**Bob Loblaw's Law Blog**

**AM:** of overlap

**Lindsay Lieberman**
**LL:** I'm doing some diaphragmatic breathing to calm me down

**LL:** So I can adequately suck up while I give my shpiel

**Carriez Zoubulž**
**CZ:** LL I think that you can mention your admission and it will be noted

This is interesting

**Adam Massey**
**AM:** Which

**Carriez Zoubulž**
**CZ:** Edward right?

**Adam Massey**
**AM:** Oh yeah

CONFIDENTIAL    CAG00598



**Bob Loblaw's Law Blog**

**Carriez Zoubulž**
He actually has a lot to say if you can get him talking

Yeah very thoughtful

**Adam Massey**
Good shot on the coming to Carrie thing

Annie that wasn't true she had a lawyer before

Lol

Re cecmxk

**AnnieGold**
Ha you're right

I'm Lost

**AnnieGold**
Vanessa did not understand the assignment


  
     

CAG00599



**Bob Loblaw's Law Blog**

Carriez Zoubulž

💯

Lindsay Lieberman

Womp womp

Carriez Zoubulž

Shit

AnnieGold

100

Carriez Zoubulž

Um ya more selective 👍

Yep just a bit more please

Carriez Zoubulž

Yes heed the red flags 🚩

👎
I mean we just took two that are complete bullshit

iMessage

CONFIDENTIAL    CAG00600



**Bob Loblaw's Law Blog** >

AnnieGold

Starting.... NOW, then?

**2 Replies**

▮▮▮▮ will both be a nothing burger and will involve Client relationship implosion guaranteed

Starting.... NOW, then?

**2 Replies**

Tomorrow.

Maybe.

Adam Massey

Thanks Caroline

Lindsay Lieberman

Abhhhgggggggg

AnnieGold

iMessage

CONFIDENTIAL

CAG00601



**Bob Loblaw's Law Blog** >

**AnnieGold**

Good job ACDC

I don't remember that..

**AnnieGold**

I do! It was the email at beginning of lock down

**Adam Massey**

So we are allowed to talk at the 1015 again? Or just not me?

**AnnieGold**

Unclear

Yeah dunno

**Lindsay Lieberman**

She didn't compliment me in her list!!!

You all got compliments

AnnieGold

CONFIDENTIAL　　CAG00602



**Bob Loblaw's Law Blog** >

**AnnieGold**

**A** Whut

**Adam Massey**

**AM** Mine was consistency tho which wasn't much of a compliment t

**AnnieGold**

**A** Trying so hard not to laugh

**Adam Massey**

**AM** Plans like breaking my computer via af Scott?

**AnnieGold**

**A** Lol the last SUMMARY slide is not edited

**Carriez Zoubulž**

**CZ** I had to stop reading the thread

**AnnieGold**

So we have to be positive

iMessage

CONFIDENTIAL    CAG00603



**Bob Loblaw's Law Blog** ›

**AnnieGold**

> So we have to be positive and respond to Vanessa's emails more quickly? That's my take away

> I was SURE she was going to say something about daily billables and productivity

**Adam Massey**

> Me too

> Totally sure

**Lindsay Lieberman**

> That was emotionally exhausting. I'm drained

**Carriez Zoubulž**

> My internet broke up during compliments. I heard Annie laughter and my kindness

> I think we need to appreciate the fact that it wasn't about

  iMessage 

     

CONFIDENTIAL CAG00604



**Bob Loblaw's Law Blog**

billing and productivity. But it's probably a warning that now we need to get it together

**AnnieGold**

Who on our current staff is negative?! I feel like we all want to have a good time and then we get shushed

Like we bitch to each other but that doesn't count

> Yeah totally, we all keep it very positive I think ..in public..

**Lindsay Lieberman**

Yeah I'd say we're a very positive group of people

**AnnieGold**

I'm glad that one of the goals is being more judicious about contingency cases

CONFIDENTIAL CAG00605



**A**: about contingency cases and for the ones we take being more expeditious

**Lindsay Lieberman**
**LL**: I think she just needed to think of something *positive* to ask of us

**Carriez Zoubulž**
**CZ**: Jon and the kids think that all I have is fun with my colleagues

**CZ**: Speaking of which, can we please get out happy hour back bc I miss you guys

**AnnieGold**
**A**: Yes we need one ASAP

**Carriez Zoubulž**
Has anyone's IG just become inundated with suggested accounts and ads?? I feel like the past two days have

CONFIDENTIAL    CAG00606



**Bob Loblaw's Law Blog**

**CZ:** Speaking of which, can we please get out happy hour back bc I miss you guys

**AnnieGold**
**A:** Yes we need one ASAP

**Carriez Zoubulž**
**CZ:** Has anyone's IG just become inundated with suggested accounts and ads?? I feel like the past two days have been insane. I'm about to chuck it

**AnnieGold**
**A:** I don't have IG so nope lol

**Carriez Zoubulž**
**CZ:** I know

**AnnieGold**
**A:** I still have some PTSD from that meeting and I don't even know why

CONFIDENTIAL CAG00607