

Bob Loblaw's Law Blog

Fri, Mar 5, 6:03 PM

Carrie fired me today!!

But I just got this delivered to my door





**Bob Loblaw's Law Blog**

**Sophia Zoubs**
Ummm what

Please tell me u are joking

I'm not.

**Annie Seifullah**
Wait what

Lindsay

My brain is scrambled

**ACDC Cell**
LBL - what are you talking about

I've been advocating hard for a raise and bonus. I guess she punishes people



**Bob Loblaw's Law Blog**

> I've been advocating hard for a raise and bonus. I guess she punishes people for asking for too much?

> And of course she needed to fire me before I got pregnant again

**Annie Seifullah**

 😢 I'm going to call you this weekend. I'm sorry you're going though this.

**Adam Massey**

 I'm really sorry LL, this sucks

> She is having her lawyer susan send me a severance

  iMessage 

     

LIEBERMAN 084





Sat, Mar 6, 8:55 AM

> Damn I'm still in disbelief. She like was gaslighting me!! It was so bad

Annie Seifullah



> I also woke up today in disbelief, I can't imagine how you feel. 😢

> She needed to make up reasons to say my work has been suffering. It's like insane! I've billed $60k already in 2021 … My work is solid!

> A few months ago she told me I'm worth every penny and more of a large bonus I

  iMessage 

     

LBERMAN 086

> A few months ago she told me I'm worth every penny and more of a large bonus I requested ...

> A few months ago she said she gives me hard clients because she knows I can handle them...

> Then yesterday it was - well so many of my cases are the ones that have caused the firm strike (e.g drug addicted prostitutes with mental health issues)

ACDC Cell

Did you tell her all of this? Want to chat by phone. I'm free for next half hour and

  
     

