# SCHWARTZ PERRY HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

February 8, 2024

<u>**Via ECF**</u>

Judge Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>Lieberman v. C.A. Goldberg, PLLC, & Carrie A. Goldberg</u>
      1:21-cv-05053-ENV-RER

Dear Judge Vitaliano:

  I represent the Plaintiff in the above-referenced action. As I did on November 8, 2023, I write to respectfully follow up with the Court on two outstanding motions in this case, namely: (1) Plaintiff's motion to dismiss the counterclaim of Defendant C.A. Goldberg, PLLC, which was filed on September 12, 2022; and (2) Defendants' motion for summary judgment, which was filed on September 16, 2023.

  We thank the Court for its consideration of this matter.

                   Respectfully,

                   BRIAN HELLER

cc: All counsel – via ECF