Schwartz Perry & Heller LLP
3 Park Avenue, Suite 2700
New York, NY 10016

212.889.6565 PHONE
212.779.8208 FAX
www.sphlegal.com

January 13, 2025

<u>Via ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: **Lieberman v. C.A. Goldberg, PLLC, & Carrie A. Goldberg**
      **1:21-cv-05053-ENV-RER**

Dear Judge Marutollo:

 I represent the Plaintiff in this matter. I write on behalf of the parties in response to the Order of January 11, 2025. The parties are amenable to a settlement conference.

 We thank the Court for proposing this conference.

Very truly yours,

BRIAN HELLER

Cc: All counsel – via ECF