

February 28, 2025

**Via ECF**

The Honorable Joseph A. Marutollo, U.S.M.J.
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    **Lieberman v. C.A. Goldberg, PLLC, & Carrie A. Goldberg**
                  **1:21-cv-05053-ENV-RER**

Dear Judge Marutollo:

      We represent Plaintiff Lindsay Lieberman ("Lieberman") in the above referenced matter. I write in accordance with the Order of February 25, 2025, to advise the Court that the parties were unable to unanimously agree to proceed before the Magistrate. Plaintiff thanks the Court for its efforts in this matter.

                                    Respectfully,

                                    BRIAN HELLER

cc:    All counsel – via ECF