UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDSAY LIEBERMAN,<br><br>  Plaintiff,<br><br> -against-<br><br>C.A. GOLDBERG, PLLC &<br>CARRIE A. GOLDBERG,<br><br>  Defendants. | Case No. 21-CV-05053-ENV-RER<br><br><br>**WITHDRAWAL OF APPEARANCE** |
| C.A. GOLDBERG, PLLC,<br><br>  Counterclaim Plaintiff,<br><br> -against-<br><br>LINDSAY LIEBERMAN,<br><br>  Counterclaim Defendant. | |

Crumiller P.C., counsel for Defendants C.A. Goldberg, PLLC and Carrie A. Goldberg, hereby informs the Court that Travis Pierre-Louis is no longer associated with the firm, and requests that this Court withdraw the appearance of Mr. Pierre-Louis as counsel in this matter.

Dated: Brooklyn, New York
           March 14, 2025

Susan K. Crumiller
Crumiller P.C.
16 Court St, Ste 2500
New York, NY 11241
(212) 390-8480
julia@crumiller.com
Attorneys for Defendants

To:     Brian Adam Heller
          Davida S. Perry
          Schwartz Perry & Heller, LLP
          3 Park Avenue, Suite 2700
          New York, NY 10016
          212-889-6565
          bheller@sphlegal.com
          dperry@sphlegal.com
          Attorneys for Plaintiff

***Via ECF***