# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LINDSAY LIEBERMAN,

                Plaintiff,

    v.

C.A. GOLDBERG, PLLC & CARRIE A. GOLDBERG,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT

21-CV-5053 (ENV) (JAM)

       A Memorandum and Order of the Honorable Eric N. Vitaliano, United States District Judge, having been filed on May 2, 2025, granting defendants' motion for summary judgment; granting Lieberman's motion for summary judgment dismissing the counterclaim; it is

       ORDERED and ADJUDGED that defendants' motion for summary judgment is granted, as is Lieberman's motion for summary judgment dismissing the counterclaim.

Dated: Brooklyn, New York
       May 5, 2025

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
       Deputy Clerk